IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ISAACS and NORMA ISAACS,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE BANK N.A., original mortgage lender, COUNTRYWIDE HOME LOANS SERVICING, a mortgage servicer, COUNTRYWIDE HOME LOANS SERVICING, a nominee/beneficiary, NORTH AMERICAN TITLE COMPANY, Title Company, THE BANK OF NEW YORK, and RECON TRUST COMPANY, mortgage trustee,<br><br>        Defendants.<br>                                            / | No. C 12-00951 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

On March 23, 2012, defendant North American Title Company filed a motion to dismiss the complaint. On March 26, 2012, defendants Countrywide Bank, N.A., Countrywide Home Loans Servicing, LP (erroneously sued as "Countrywide Home Loans Servicing" and "Countrywide Home Loans Servicing"), the Bank of New York Mellon Corporation (erroneously sued as "The Bank of New York") and Recontrust Company, N.A. (erroneously sued as "Recon Trust Company") filed a motion to dismiss the complaint and request for judicial notice. This action was reassigned to the undersigned judge on April 10, 2012. Defendants renoticed both motions on April 10. Pursuant to Civil Local Rule 7-3, plaintiffs' opposition or statement of non-opposition to the motions was due April 24. None was filed. *Pro se* plaintiffs

Theodore Isaacs and Norma Isaacs are hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Plaintiffs must file a written response to this order by **MAY 21, 2012**. If no response is filed, the motions to dismiss may be granted. The motion hearings previously set for May 31, 2012 at 2:00 p.m. are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: April 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2