IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ISAACS and NORMA ISAACS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE BANK N.A., original mortgage lender, COUNTRYWIDE HOME LOANS SERVICING, a mortgage servicer, COUNTRYWIDE HOME LOANS SERVICING, a nominee/beneficiary, NORTH AMERICAN TITLE COMPANY, Title Company, THE BANK OF NEW YORK, and RECON TRUST COMPANY, mortgage trustee,<br><br>Defendants. | No. C 12-00951 WHA<br><br>**ORDER OF DISMISSAL OF DEFENDANT NORTH AMERICAN TITLE COMPANY** |

The Court is in receipt of plaintiff's notice of voluntary dismissal of defendant North American Title Company pursuant to FRCP 41 (Dkt. No. 31). Defendant North American Title Company is hereby dismissed from this action.

**IT IS SO ORDERED.**

Dated: May 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE