Theodore Isaacs
Norma Isaacs
4087 Arlington Avenue
Santa Rosa, CA 95407

Plaintiff In Pro Per

**RECEIVED**

MAY 2 4 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

THEODORE ISAACS, et. al.

    Plaintiffs,

vs.

COUNTRYWIDE BANK, N.A. et al.

    Defendants.

Case No: 11 CV12-00951 WHA

[PROPOSED] ORDER GRANTING
PLAINTIFF LEAVE TO FILE AN AMENDED
COMPLAINT

IT IS HEREBY ORDERED, in accord with the stipulation by and between the parties, that Plaintiff be allowed to file an Amended Complaint, a copy of which was attached to the Stipulation submitted to the Court.

Dated: May 28, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

1 DATED: _____

_____
\_\_\_\_Hon. Laurel Beeler
Magistrate Judge, U.S. District Court

Case No: CV 12-00951    [PROPOSED] ORDER GRANTING PLAINTIFF
LEAVE TO FILE AN AMENDED COMPLAINT