IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ISAACS and NORMA ISAACS<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE BANK N.A., original mortgage lender, COUNTRYWIDE HOME LOANS SERVICING, a mortgage servicer, COUNTRYWIDE HOME LOANS SERVICING, a nominee/beneficiary, NORTH AMERICAN TITLE COMPANY, Title Company, THE BANK OF NEW YORK, and RECON TRUST COMPANY, mortgage trustee,<br><br>    Defendants.<br>_____/ | No. C 12-00951 WHA<br><br>**ORDER DEEMING AMENDED COMPLAINT FILED AND DENYING AS MOOT MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |

On March 26, 2012, defendants Countrywide Bank, N.A., Countrywide Home Loans Servicing, LP, The Bank of New York Mellon Corporation, and Recontrust Company, N.A., filed a motion to dismiss and request for judicial notice (Dkt. Nos. 16). This action was reassigned to the undersigned judge on April 10, 2012. Defendants re-noticed their motion and request for judicial notice on the same day. On May 24, 2012, the parties stipulated to the filing of an amended complaint, a copy of which was appended to the stipulation (Dkt. Nos. 31, 32). The amended complaint is deemed filed. Thus, the motion to dismiss and request for judicial notice are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: May 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE