**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ISAACS and NORMA ISAACS,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE BANK N.A., original mortgage lender, COUNTRYWIDE HOME LOANS SERVICING, a mortgage servicer, COUNTRYWIDE HOME LOANS SERVICING, a nominee/beneficiary, NORTH AMERICAN TITLE COMPANY, Title Company, THE BANK OF NEW YORK, and RECON TRUST COMPANY, mortgage trustee,<br><br>    Defendants.<br>                                    / | No. C 12-00951 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

      On June 11, 2012, defendants Countrywide Bank, N.A., Countrywide Home Loans Servicing LP, (erroneously sued as "Countrywide Home Loans Servicing" and "Country Wide Home Loans Servicing"), The Bank of New York Mellon (erroneously sued as "The Bank of New York"), and Recontrust Company, N.A. (erroneously sued as "Recon Trust Company"), filed a motion to dismiss plaintiffs' amended complaint. Pursuant to Civil Local Rule 7-3, plaintiffs' opposition or statement of non-opposition thereto was due June 25, 2012. None was received. Plaintiffs Theodore Isaacs and Norma Isaacs are hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Plaintiffs must file a written

response to this order by **JULY 20, 2012**. If no response is filed, defendants' motion to dismiss may be granted. The hearing set for July 26, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE