1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   THEODORE ISAACS and NORMA ISAACS,              No. C 12-00951 WHA

11               Plaintiffs,

12        v.                                        **ORDER TO SHOW CAUSE**
                                                    **AND VACATING HEARING**
13   COUNTRYWIDE BANK N.A., original
     mortgage lender, COUNTRYWIDE HOME
14   LOANS SERVICING, a mortgage servicer,
     COUNTRYWIDE HOME LOANS
15   SERVICING, a nominee/beneficiary, NORTH
     AMERICAN TITLE COMPANY, Title
16   Company, THE BANK OF NEW YORK, and
     RECON TRUST COMPANY, mortgage trustee,
17
               Defendants.
18   _____/

19

20        On June 11, 2012, defendants Countrywide Bank, N.A., Countrywide Home Loans

21   Servicing LP, (erroneously sued as "Countrywide Home Loans Servicing" and "Country Wide

22   Home Loans Servicing"), The Bank of New York Mellon (erroneously sued as "The Bank of

23   New York"), and Recontrust Company, N.A. (erroneously sued as "Recon Trust Company"),

24   filed a motion to dismiss plaintiffs' amended complaint.  Pursuant to Civil Local Rule 7-3,

25   plaintiffs' opposition or statement of non-opposition thereto was due June 25, 2012.  None was

26   received.  Plaintiffs Theodore Isaacs and Norma Isaacs are hereby **ORDERED TO SHOW CAUSE**

27   why the action should not be dismissed for failure to prosecute.  Plaintiffs must file a written

28

**United States District Court**
For the Northern District of California

response to this order by **JULY 20, 2012**.  If no response is filed, defendants' motion to dismiss may be granted.  The hearing set for July 26, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**



Dated:  June 29, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2