**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEODORE ISAACS and
NORMA ISAACS,

    Plaintiffs,

  v.

COUNTRYWIDE BANK, N.A., a Countrywide Bank, N.A., original mortgage lender, COUNTRYWIDE HOME LOANS SERVICING, mortgage servicer, COUNTRYWIDE HOME LOANS SERVICING, nominee/beneficiary, NORTH AMERICAN TITLE COMPANY, title company, THE BANK OF NEW YORK, and RECON TRUST COMPANY,

    Defendants.
                       /

No. C 12-00951 WHA

**ORDER FINDING GOOD CAUSE SHOWN AND STAYING BRIEFING ON MOTION TO DISMISS**

      On June 11, 2012, defendants Countrywide Bank, N.A., Countrywide Home Loans Servicing LP, (erroneously sued as "Countrywide Home Loans Servicing" and "Country Wide Home Loans Servicing"), The Bank of New York Mellon (erroneously sued as "The Bank of New York"), and Recontrust Company, N.A. (erroneously sued as "Recon Trust Company"), filed a motion to dismiss plaintiffs' amended complaint. Plaintiffs failed to timely respond. At the case management conference, the Court ordered a Countrywide Bank/Bank of America representative who has decision-making authority regarding plaintiffs' request for a loan modification to be present at a further case management conference set for August 9, 2012. For this reason, plaintiffs have explained, they did not file an opposition to the motion to dismiss.

Briefing on the motion to dismiss will be **STAYED** until August 9, pending a decision concerning a loan modification for plaintiffs. If necessary, a new briefing schedule and hearing date will be set during the case management conference.

**IT IS SO ORDERED.**

Dated: July 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2