IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ISAACS and NORMA ISAACS,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE BANK N.A. (Original Mortgage Lender), COUNTRYWIDE HOME LOANS SERVICING (Mortgage Servicer), THE BANK OF NEW YORK, RECON TRUST COMPANY (Mortgage Trustee), COUNTRYWIDE HOME LOANS SERVICING (Nominee/Beneficiary), and NORTH AMERICAN TITLE COMPANY (Title Company),<br><br>    Defendants.<br>                                / | No. C 12-00951 WHA<br><br><br>**ORDER TO SHOW CAUSE<br>AND VACATING HEARING** |

      On June 11, 2012, defendants Countrywide Bank, N.A., Countrywide Home Loans Servicing LP, (erroneously sued as "Countrywide Home Loans Servicing" and "Country Wide Home Loans Servicing"), The Bank of New York Mellon (erroneously sued as "The Bank of New York"), and ReconTrust Company, N.A. (erroneously sued as "Recon Trust Company"), filed a motion to dismiss plaintiffs' amended complaint. Plaintiffs failed to file an opposition or statement of non-opposition by the June 25 deadline and were ordered to show cause why the action should not be dismissed for failure to prosecute (Dkt. No. 48). Plaintiffs filed a timely response thereto. As stated in the July 23 order, good cause was found where plaintiffs stated they did not file an opposition to the motion to dismiss because they were confused regarding

whether and when an opposition would be required following the first amended case management scheduling order. Following a case management conference on August 9, a new briefing schedule and hearing date were set. Plaintiffs' new deadline to file an opposition to defendants' motion to dismiss was August 23, 2012. No opposition has been received. Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why the action should not be dismissed for failure to prosecute. Plaintiffs must file a written response to this order by **SEPTEMBER 10, 2012**. If no response is filed, defendants' motion to dismiss may be granted. The hearing set for September 6, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE