**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ISAACS and NORMA ISAACS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE BANK N.A. (Original Mortgage Lender), COUNTRYWIDE HOME LOANS SERVICING (Mortgage Servicer), THE BANK OF NEW YORK, RECON TRUST COMPANY (Mortgage Trustee), COUNTRYWIDE HOME LOANS SERVICING (Nominee/Beneficiary), and NORTH AMERICAN TITLE COMPANY (Title Company),<br><br>Defendants. | No. C 12-00951 WHA<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

Pro se plaintiffs Theodore Isaacs and Norma Isaacs filed a complaint against defendants on February 24, 2012. On June 11, 2012, defendants Countrywide Bank, N.A., Countrywide Home Loans Servicing LP, (erroneously sued as "Countrywide Home Loans Servicing" and "Country Wide Home Loans Servicing"), The Bank of New York Mellon (erroneously sued as "The Bank of New York"), and ReconTrust Company, N.A. (erroneously sued as "Recon Trust Company") filed a motion to dismiss plaintiffs' amended complaint. Plaintiffs failed to file a response by the June 25 deadline and were ordered to show cause why the action should not be dismissed for failure to prosecute. In response, plaintiffs said they were confused, and did not realize that their response to the motion to dismiss was due. Following a case management conference on August 9, a new briefing schedule and hearing date were set. No opposition to

1 defendants' motion was received. Plaintiffs were ordered to show cause by September 10 why
2 the action should not be dismissed for failure to prosecute. The deadline has come and gone,
3 again. No response was received. Pursuant to Federal Rule of Civil Procedure 41(b), the action
4 is hereby **DISMISSED FOR FAILURE TO PROSECUTE**.

**IT IS SO ORDERED.**



Dated: September 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE